Kathleen A. McCallister
Chapter 13 Trustee
P.O. Box 1150
Meridian, ID  83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
kam@kam13trustee.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| IN RE: | CHAPTER 13 |
|---|---|
|  | CASE NO.  13-00562-TLM |
| JUDI LYNN KIEFFER |  |

### NOTICE OF TRUSTEE'S REQUEST FOR DEBTOR(S) TO FILE AMENDED SCHEDULES I & J PURSUANT TO 11 U.S.C. §521(a)(3) & (4)

**NOW COMES** Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and requests that debtor(s) file Amended Schedules I and J to reflect their current income and expenses in order for the Trustee to determine if a modification is warranted pursuant to 11 U.S.C. §1329.

The Trustee further requests that debtor(s) provide proof of current income in the form of: (1) pay stubs if any debtor is a wage-earner, or (2) a profit and loss statement together with matching bank statements for the past 12 months if any debtor is self-employed. This request is made pursuant to 11 U.S.C. §521(a)(3) and (4).

DATED:  February 2, 2015

/s/  Kathleen McCallister__
**Kathleen McCallister, Trustee**

# CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that on February 2, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Jeffrey Phillip Kaufman
Attorney at Law
Jeffrey@dbclarklaw.com

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Judi Lynn Kieffer
3776 N. North Street
Boise, ID 83703

/s/     Nicole Marr
**Nicole Marr, Case Administrator**