D. Blair Clark, ISB No. 1367
Jeffrey P. Kaufman, ISB No. 8022
LAW OFFICES OF D. BLAIR CLARK, PC
1513 Tyrell Lane, Suite 130
Boise, ID 83706
Phone: (208) 475-2050
Fax: (208) 475-2055
Email: jeffrey@dbclarklaw.com

Attorneys for Debtor

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| In re:<br><br>**JUDI LYNN KIEFFER,**<br><br>Debtor. | Case No. **13-00562-TLM**<br><br>Chapter **13** |
|---|---|

### DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the debtor, by and through her counsel of record, Jeffrey P. Kaufman, of the Law Offices of D. Blair Clark, PC, and hereby objects to the Trustee's Motion to Dismiss (filed as Docket No. 69) as follows:

On May 14, 2015, the Debtor complied with the Income Tax Turnover Order (Docket No. 7) by virtue of the undersigned's office relaying to the Trustee's office Debtor's 2014 Federal and State tax returns. Further on the same day, the undersigned's office relayed to the Trustee's office the 2014 Federal & State tax returns for Kieffer Design Group, Inc.

WHEREFORE Debtor requests the Court DENY the Trustee's Motion to Dismiss.

13-00562-TLM | In re Kieffer
**DEBTOR'S OBJECTION TO TRUSTEE'S MOTION TO DISMISS**                                PAGE 1

Dated this 14th day of May, 2015.

                                          LAW OFFICES OF D. BLAIR CLARK PC

                              by _____
                                   Jeffrey P. Kaufman,
                                   Attorney for Debtor

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of May, 2015, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the United States Trustee
ustp.region18.bs.ecf@usdoj.gov

Kathleen A. McCallister, Chapter 13 Trustee
kam@kam13trustee.com

Alexandra O. Caval, Attorney for the Chapter 13 Trustee
Alex@cavallawoffice.com

Ronald William Goss, Attorney for Keybank, N.A.
Ronald_w_goss@keybank.com

Noah G. Hillen, Attorney for Keybank, N.A.
Ngh@hillenlaw.com

Matthew K. Shriver, Attorney for CitiMortgage, Inc.
ecfid@rcolegal.com; RCO@ecf.inforuptcy.com

Sheila Rae Schwager, Attorney for Syringa Bank
sschwager@hawleytroxell.com

Elizabeth A. Mahn, Attorney for Ada County Treasurer
bmahn@adaweb.net

  I further certify that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

  Via first class mail, postage prepaid addressed as follows:

    **None**

  Via certified mail, return receipt requested, addressed as follows:

    **None**

by _/s/ Jeffrey P. Kaufman_
  Jeffrey P. Kaufman